to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of CHARLES W. CHURCH for Reinstatement as an Attorney.— Motion granted, petitioner reinstated, and his name ordered restored to the roll of attorneys.  The court, in coming to its determination, has taken into consideration the favorable recommendation of the Brooklyn Bar Association.  Present — Lazansky, P. J., Kapper, Hagarty and Scudder, JJ.; Carswell, J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS FISCHER, an Attorney and Counselor at Law.— Motion denied and proceeding dismissed.  Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of H. MATTHEW FROGATE.— If it appear that applicant's name was changed by order of the court after certification for admission by the board of law examiners and before admission, upon filing a certified copy of the order changing name, together with proof of publication thereof, and an affidavit by applicant that he is the person mentioned in the certificate of the board of law examiners and in the order changing name, the applicant will be deemed admitted and a certificate will be issued by the clerk under the changed name.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of PAUL KAHAN, an Attorney and Counselor at Law.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and to report with his opinion.  Present — Lazansky, P. J., Young, Kapper and Hagarty, JJ.; Carswell, J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of DAVID ZIRINSKY, an Attorney and Counselor at Law.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and to report with his opinion.  Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

RALPH JANNOTTA, Respondent, v. NOSLAC REALTY CORPORATION and Others, Defendants, and ROSLYN MUTUAL FUEL CO., INC., Appellant.  (Action No. 2.) — Motion to resettle order denied.  Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

WALTER S. KLEE, as Trustee, Respondent, v. CROSSWAYS APARTMENTS CORPORATION and Others, Defendants.  CORNAGA AVENUE HOLDING CORPORATION, Appellant; FREDERICK S. BENSON, Receiver, Respondent.— Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

ISIDORE TURK, SAMUEL THALER and MOLLIE LEVY, Respondents, v. HALVERNE ESTATES, INC., Appellant.— Motion for reargument denied, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

AUSTER SALES CORPORATION, Respondent, v. SHOWERS BROS., INC., Appellant.— Order denying defendant's motion to vacate and annul warrant of attachment affirmed, with ten dollars costs and disbursements.  No opinion.  Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ., concur.

UMBERTO AVALLONE, TOMMASO DI NOTTE and SALVATORE DE YORGI, Appellants, v. LOUISA MARINELLI, Respondent, and Others, Defendants.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the